# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | No. 485 |
|---|---|---|
| | : | |
| REAPPOINTMENTS TO COMMITTEE ON COURT REPORTING AND TRANSCRIPTS | : | JUDICIAL ADMINISTRATION DOCKET |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of July, 2017, the following members are hereby reappointed to the Committee on Court Reporting and Transcripts for terms expiring June 1, 2020:

The Honorable Maureen A. Skerda
President Judge, Court of Common Pleas of Warren & Forest Counties

Gerald C. Montella, Esq.
District Court Administrator, Delaware County

Cheryl L. Hansberry
Official Court Reporter, Dauphin County

Samuel W. Milkes, Esq.